UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Micah Glenn Morson, | Case No. 20-cv-1331 (WMW/TNL) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Blue Earth County Jail et al., | |
| Defendants. | |

---

This matter is before the Court on the August 21, 2020 Report and Recommendation (R&R) of United States Magistrate Judge Tony N. Leung.  (Dkt. 5.)  No objections to the R&R have been filed.  In the absence of timely objections, this Court reviews an R&R for clear error.  *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).  Having reviewed the R&R, the Court finds no clear error.

Based on the R&R and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1. The August 21, 2020 R&R, (Dkt. 5), is **ADOPTED**.

2. This matter is **DISMISSED WITHOUT PREJUDICE**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:  September 30, 2020                                  s/Wilhelmina M. Wright
                                                                                    Wilhelmina M. Wright
                                                                                    United States District Judge